# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. SUSAN TARA SHANNON, **Defendant.** | PO-25-5252-GF-JTJ VIOLATION: E2371232 Location Code: M13 MOTION TO DISMISS VIOLATION AND VACATE BENCH TRIAL |

Based upon the United States' motion to dismiss violation E2371232 and for good cause shown,

**IT IS ORDERED** that violation E2371232 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for March 26, 2026, is **VACATED**.

DATED this 12th day of January 2026.

_____
John Johnston
United States Magistrate Judge